# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2009

137134

RAYMOND SCHORNAK,
   Plaintiff-Appellee,

v

DAIMLERCHRYSLER CORPORATION,
   Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137134
COA: 277024
WCAC: 05-000316

On order of the Court, the application for leave to appeal the July 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2009             _____
0128                  Clerk